NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000771
13-MAR-2017
08:02 AM

NO. CAAP-15-0000771

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ZH, Plaintiff-Appellant,
v.
CH, Defendant-Appellee.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(UCCJEA NO. 14-1-6026)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Summary Disposition Order of the court, filed on
January 31, 2017, is hereby corrected as follows:

On page 1, in the first line of the first paragraph,
the word "appeals" should be replaced with "appeal" so that as
corrected, the text reads: "This appeal arises . . . ."

The clerk of the court is directed to take all
necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, March 13, 2017.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge

---

[1] Nakamura, Chief Judge, and Reifurth and Ginoza, JJ.